McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone No. 559-497-4036

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAVIER A. ANDRADE, | ) | 1:05-cv-1030 OWW SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from February 16, 2006 to March 21, 2006.

///

///

///

///

///

///

///

1

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                          Respectfully submitted,

Dated: February 16 , 2006    /s/ Robert D. Christenson
                              (As authorized via facsimile)
                              ROBERT D. CHRISTENSON
                              Attorney for Plaintiff

Dated: February 17 , 2006    McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney


IT IS SO ORDERED:


Dated: 2/27/2006             /s/ Sandra M. Snyder
                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge