1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  Federal Building
   2500 Tulare St., Ste 4401
4  Fresno, California 93721
   Telephone: (559) 497-4036
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 JAVIER A. ANDRADE,              )    1:05-cv-1030 SMS
                                   )
11                                 )
              Plaintiff,           )
12                                 )    STIPULATION AND ORDER
              v.                   )    FOR REMAND PURSUANT TO
13                                 )    SENTENCE FOUR OF 42 U.S.C.
   JO ANNE B. BARNHART,            )    § 405(g), and
14 Commissioner of Social          )
   Security,                       )    REQUEST FOR ENTRY OF JUDGMENT
15                                 )    IN FAVOR OF PLAINTIFF AND
              Defendant.           )    AGAINST DEFENDANT
16 _____)

17      IT IS HEREBY STIPULATED, by and between the parties, through

18 their respective counsel of record, that this action be remanded to

19 the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as

21 amended, 42 U.S.C. § 405(g), sentence four.

22      On remand, the Appeals Counsel will instruct an Administrative

23 Law Judge to take the following action:

24      1.  Obtain testimony from a vocational expert to establish

25 whether specific jobs exist in significant numbers in the national

26 economy that the claimant can perform given his residual functional

27 capacity;

28      2. Consolidate the claims presented in this case with

subsequent claims filed in August 2004, which are now pending adjudication pursuant to the claimant's request for an ALJ hearing; and,

    3. Address the claimant's earnings for 1999 at step one of the sequential evaluation.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                            Respectfully submitted,

Dated: March 13, 2006      /s/ Robert D. Christenson
                              (As authorized via facsimile)
                              ROBERT D. CHRISTENSON
                              Attorney for Plaintiff

Dated: March 13, 2006      McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 17, 2006**           /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE