```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street,
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT FOR THE

 9                       EASTERN DISTRICT OF CALIFORNIA

10
    JAVIER A. ANDRADE,              )    1:05-CV-01030 SMS
11                                  )
                   Plaintiff,       )    STIPULATION AND ORDER
12                                  )    AWARDING EAJA ATTORNEY FEES
                   v.               )
13                                  )
    JO ANNE B. BARNHART,            )
14  Commissioner of Social          )
    Security,                       )
15                                  )
                   Defendant.       )
16  _____    )

17
         IT IS HEREBY STIPULATED by the parties, through their
18
    undersigned counsel, subject to the approval of the Court, that
19
    counsel for plaintiff be awarded attorney fees under the Equal
20
    Access to Justice Act in the amount of ONE THOUSAND ONE HUNDRED
21
    SEVENTEEN DOLLARS AND FIFTY CENTS ($1,117.50).  This amount
22
    represents compensation for legal services rendered on behalf of
23
    plaintiff by counsel in connection with this civil action for
24
    services performed before the district court in accordance with 28
25
    U.S.C. § 2412(d).
26
    //
27
    //
28
                                    1
```

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: April 26, 2006           /s/ Robert D. Christenson
                                (As authorized via facsimile)
                                ROBERT D. CHRISTENSON
                                Attorney for Plaintiff

Dated: April 26, 2006           McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 28, 2006**                 **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE

2